LarryRichardsPlaintiff Pro Se In Propria Persona 125 Sixth St. The Rose Hotel Room #203 San Francisco, CA 94103 (415)543-5101x203

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Larry Richards, Plaintiff, Pro Se, In Propria Persona; will represent himself until Tom Drohan, Brian Lee, and/or Guy Wallace or similar attorney is hired.

*Plaintiff, Et. Al.*

Vs.

*{Notation: Defendants are all sued in both their private individual capacities and in their official public capacities EXCEPT Defendant Number 40.) Shaun Donovan, Secretary of HUD, who is sued only in his official capacity.}*

"THE 'MERCY' DEFENDANTS":

1.) Mercy Housing California, main offices: 1370 Mission Street, Suite 300, Third Floor, San Francisco, California 94103; known named Defendants listed below:
2.) Mercy Housing X dba, The Rose Hotel address above in #1;
3.) Mercy Services Corporation, address above in #1;
4.) Jane Graf, address above in #1;
5.) Allie Rettig, address above in #1;
6.) John Ryan, Manager Rose Hotel address above in #1;
7.) Geoffrey Kohler, former supervisor of John Ryan, address above in #1;
8.) ALL current Supervisors of John Ryan, whose names are unknown; address above in #1;
9.) Lauren Maddock, address above in #1;
10.) Leon Greenhill; address above in #1;
11.) Vanessa Portillo, address above in #1;
12.) Shadoe Morton, address above in #1;
13.) Erekel Chaichmelachvili, address above in #1;
14.) Sal Russo, address above in #1;
15.) Jason Cardona, address above in #1;
16.–25.)DOES, #16 to #25 inclusive, named and unknown persons connected to Mercy Housing, address above in #1;

ATTORNEY OF RECORD FOR "MERCY" HOUSING":
26.) Law Offices of Bornstein & Bornstein; 507 Polk Street, Suite 320, San Francisco, CA 94102–3339
27.) Daniel Bornstein (SBN#169159) address above in #26
28.)JonathanHerschelBornsteinSBN163392address in #26;
29.)Kathryn Quetel (SBN #167100) address above in #26;
30.)Daniel Cheung (SBN #264971) address above in #26;
31.)Colleen Golder, address above in #26;
32.-37)DOES of an unknown number, all additional employees, agents, support personnel, contract labourers, and all others affiliated in any manner with Defendant#26;

CALIFORNIA SUPERIOR COURT PERSONNEL:
38.) Curtis E. A. Karnow, for abuse of his discretion, and for acting outside the scope of his judicial authority and

Case No.: CV–12–

CV12 0234

Emergency
*Petition Before Chief Judge Ware*

*Plaintiff's Extreme Emergency EXPARTE Notice of Motion and Motion for ORDER FOR HEARING TO SHOW CAUSE WHY PRELIMINARY INJUNCTION SHOULD NOT ISSUE and/or become permanent*

AND FOR IMMEDIATE ENFORCEMENT OF *Civil Rights Law Protections* BY INTERVENTION AND STAY OF EVICTION OF PLAINTIFF UNDER EXTREME RETALIATION And to revoke acceptance of stipulation signed under threat duress and coercion

EntireContents©by author/copywriter LarryRichards1/13/2012&May not be reproduced without written permission of AuthorPAGE 16

for denying my right to RETAIN AN ATTORNEY!, and for repeatedly assuring me the Unlawful Detainer would be sealed and not reflect on my credit report
**address is:** Superior Court of California, In the City and County of San Francisco Courtroom #608 inside 400 McAllister Street, San Francisco, California 94102.
39.) Daniel, Law Clerk for Curtis Karnow, address above in #38.for assuring me the Unlawful Detainer would be under seal and not reflect on my credit report.

"THE HUD DEFENDANTS" (HUD)
40.) Shaun Donovan Secretary of U.S. Department of Housing and Urban Development, hereinafter "HUD" In care of: The United States Attorney's office, 450 Golden Gate, San Francisco, California 94102; AND Office of the Attorney General – U.S. Department of Justice, 950 Pennsylvania Avenue, NW, Washington, District of Columbia 20530–0001 AND 451 7TH Street Southwest, Washington DC 20410 AND:
41.) The Local Office of HUD, San Francisco Regional Office of Region IX, 600 Harrison Street, San Francisco, California 94107; for not protecting me from retaliation
42.–77.) DOE(S) Defendants, `named, unknown persons, of as yet, unknown connection to this case.  Defendants, Et. Al. *All rights reserved to add additional Plaintiffs and additional Defendants!! AT ANY TIME!!*

PLAINTIFF'S

NOTICE OF EXPARTE MOTION FOR INJUNCTION CEASING EVICTION OF LARRY RICHARDS IN CALIFORNIA SUPERIOR COURT CASE NUMBER #C–UD–11–638203 Mercy Housing v Richards.

To all Defendants:

You are hereby Notified that on Friday, January 13th, 2012

Plaintiff Larry Richards has filed Motion in the United States District Court of the Northern District of California, 450 Golden Gate, San Francisco, California for a PRELIMINARY INJUNCTION TO ISSUE stopping the Retaliatory Eviction of Plaintiff Richards in the California Superior Court Case Number #C – UD–11–638203 Mercy Housing vs. Richards; on the grounds of Retaliation Prohibited by Section 818 of the Fair Housing Act, among several other controlling civil rights laws.

EntireContents©by author/copywriter LarryRichards1/13/2012&May not be reproduced without written permission of AuthorPAGE 17

On the grounds that said entire eviction is Retaliatory and PROHIBITED by Section 818 of the Fair Housing Act and that all Defendants were warned by HUD to not Retaliate against Richards while he is moving out under a negotiated HUD agreement dated October, 11th 2011. You are hereby notified that This Court will hear the Plaintiff's Exparte Evidence for MOTION FOR PRELIMINARY INJUNCTIONS SETTING ASIDE THE EVICTION OF PLAINTIFF RICHARDS IN THE CALIFORNIA SUPERIOR COURT CASE NUMBER #C–UD–11–638203 on the clear grounds that such eviction is Retaliatory violation of Section 818 of the Fair Housing Act and that the Defendants were warned by HUD on or about October 14th 2011 in writing to not engage in such retaliatory acts.

However, since Richards is REQUIRED by HUD and the SFHA to actually move out of the Defendants subject property anyway, Possession of 125 Sixth Street #203 is not at issue and you are not required to attend this hearing, because if you do not appear in response to this notice Defendants shall still receive possession of the subject property as if the eviction remained in place, so the Defendants will not be materially harmed by this action, as Richards will comply with HUD and SFHA requirements to move out of 125 Sixth Street #203. San Francisco, California. However, it will be ordered that the Superior Court Proceedings in C–UD–11–638203 be immediately dismissed, expunged, and sealed and lifted and removed from Plaintiff Richards' record. If you oppose any actions to be taken by this Court you are hereby ordered to appear on _____ January _____, 2012, at ____ am/pm before Chief Judge Ware in Courtroom 9 on the 19th floor of 450 Golden Gate Avenue, in San Francisco, California 94102  And show cause why this Preliminary Injunction should not become permanent. Signed and Dated in San Francisco, California on this ____ day of January, 2011 by_____

James S. Ware, Chief Judge, United States District Court, Northern District of California

EntireContents©by author/copywriter LarryRichards1/13/2012&May not be reproduced without written permission of AuthorPAGE 18

LarryRichardsPlaintiff Pro Se In Propria Persona 125 Sixth St. The Rose Hotel Room #203 San Francisco, CA 94103 (415)543-5101x203

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Larry Richards, Plaintiff, Pro Se, In Propria Persona; will represent himself until Tom Drohan, Brian Lee, and/or Guy Wallace or similar attorney is hired. | Case No.: CV–12– |
| *Plaintiff, Et. Al.* | Emergency ***Petition Before Chief Judge Ware*** |
| Vs. {Notation: Defendants are all sued in both their private individual capacities and in their official public capacities EXCEPT Defendant Number 40.) Shaun Donovan, Secretary of HUD, who is sued only in his official capacity.} | ***Plaintiff's Extreme Emergency EXPARTE Notice of Motion and Motion for ORDER FOR HEARING TO SHOW CAUSE WHY PRELIMINARY INJUNCTION SHOULD NOT ISSUE and/or become permanent*** |
| "THE 'MERCY' DEFENDANTS": 1.) Mercy Housing California, main offices: 1370 Mission Street, Suite 300, Third Floor, San Francisco, California 94103; known named Defendants listed below: 2.) Mercy Housing X dba, The Rose Hotel address above in #1; 3.) Mercy Services Corporation, address above in #1; 4.) Jane Graf, address above in #1; 5.) Allie Rettig, address above in #1; 6.) John Ryan, Manager Rose Hotel address above in #1; 7.) Geoffrey Kohler, former supervisor of John Ryan, address above in #1; 8.) ALL current Supervisors of John Ryan, whose names are unknown; address above in #1; 9.) Lauren Maddock, address above in #1; 10.) Leon Greenhill; address above in #1; 11.) Vanessa Portillo, address above in #1; 12.) Shadoe Morton, address above in #1; 13.) Erekel Chaichmelachvili, address above in #1; 14.) Sal Russo, address above in #1; 15.) Jason Cardona, address above in #1; 16.–25.)DOES, #16 to #25 inclusive, named and unknown persons connected to Mercy Housing, address above in #1; ATTORNEY OF RECORD FOR "MERCY" HOUSING": 26.) Law Offices of Bornstein & Bornstein; 507 Polk Street, Suite 320, San Francisco, CA 94102–3339 27.) Daniel Bornstein (SBN#169159) address above in #26 28.)JonathanHerschelBornsteinSBN163392address in #26; 29.)Kathryn Quetel (SBN #167100) address above in #26; 30.)Daniel Cheung (SBN #264971) address above in #26; 31.)Colleen Golder, address above in #26; 32.-37)DOES of an unknown number, all additional employees, agents, support personnel, contract labourers, and all others affiliated in any manner with Defendant#26; CALIFORNIA SUPERIOR COURT PERSONNEL: 38.) Curtis E. A. Karnow, for abuse of his discretion, and for acting outside the scope of his judicial authority and | AND FOR IMMEDIATE ENFORCEMENT OF *Civil Rights Law Protections BY INTERVENTION AND STAY OF EVICTION OF PLAINTIFF UNDER EXTREME RETALIATION* And to revoke acceptance of stipulation signed under threat duress and coercion |

EntireContents©by author/copywriter LarryRichards1/13/2012&May not be reproduced without written permission of AuthorPAGE 16

for denying my right to RETAIN AN ATTORNEY!, and for repeatedly assuring me the Unlawful Detainer would be sealed and not reflect on my credit report
**address is:** Superior Court of California, In the City and County of San Francisco Courtroom #608 inside 400 McAllister Street, San Francisco, California 94102.
39.) Daniel, Law Clerk for Curtis Karnow, address above in #38.for assuring me the Unlawful Detainer would be under seal and not reflect on my credit report.

"THE HUD DEFENDANTS" (HUD)
40.) Shaun Donovan Secretary of U.S. Department of Housing and Urban Development, hereinafter "HUD" In care of: The United States Attorney's office, 450 Golden Gate, San Francisco, California 94102; AND Office of the Attorney General – U.S. Department of Justice, 950 Pennsylvania Avenue, NW, Washington, District of Columbia 20530–0001 AND 451 7TH Street Southwest, Washington DC 20410 AND:
41.) The Local Office of HUD, San Francisco Regional Office of Region IX, 600 Harrison Street, San Francisco, California 94107; for not protecting me from retaliation
42.–77.) DOE(S) Defendants, `named, unknown persons, of as yet, unknown connection to this case.   Defendants, Et. Al. *All rights reserved to add additional Plaintiffs and additional Defendants!! AT ANY TIME!!*

PLAINTIFF'S

NOTICE OF EXPARTE MOTION FOR INJUNCTION CEASING EVICTION OF LARRY RICHARDS IN CALIFORNIA SUPERIOR COURT CASE NUMBER #C–UD–11–638203 Mercy Housing v Richards.

To all Defendants:

You are hereby Notified that on Friday, January 13th, 2012

Plaintiff Larry Richards has filed Motion in the United States District Court of the Northern District of California, 450 Golden Gate, San Francisco, California for a PRELIMINARY INJUNCTION TO ISSUE stopping the Retaliatory Eviction of Plaintiff Richards in the California Superior Court Case Number #C – UD–11–638203 Mercy Housing vs. Richards; on the grounds of Retaliation Prohibited by Section 818 of the Fair Housing Act, among several other controlling civil rights laws.

EntireContents©by author/copywriter LarryRichards1/13/2012&May not be reproduced without written permission of AuthorPAGE 17

On the grounds that said entire eviction is Retaliatory and PROHIBITED by Section 818 of the Fair Housing Act and that all Defendants were warned by HUD to not Retaliate against Richards while he is moving out under a negotiated HUD agreement dated October, 11th 2011. You are hereby notified that This Court will hear the Plaintiff's Exparte Evidence for MOTION FOR PRELIMINARY INJUNCTIONS SETTING ASIDE THE EVICTION OF PLAINTIFF RICHARDS IN THE CALIFORNIA SUPERIOR COURT CASE NUMBER #C–UD–11–638203 on the clear grounds that such eviction is Retaliatory violation of Section 818 of the Fair Housing Act and that the Defendants were warned by HUD on or about October 14th 2011 in writing to not engage in such retaliatory acts.

However, since Richards is REQUIRED by HUD and the SFHA to actually move out of the Defendants subject property anyway, Possession of 125 Sixth Street #203 is not at issue and you are not required to attend this hearing, because if you do not appear in response to this notice Defendants shall still receive possession of the subject property as if the eviction remained in place, so the Defendants will not be materially harmed by this action, as Richards will comply with HUD and SFHA requirements to move out of 125 Sixth Street #203. San Francisco, California. However, it will be ordered that the Superior Court Proceedings in C–UD–11–638203 be immediately dismissed, expunged, and sealed and lifted and removed from Plaintiff Richards' record. If you oppose any actions to be taken by this Court you are hereby ordered to appear on _____January_____, 2012, at ____am/pm before Chief Judge Ware in Courtroom 9 on the 19th floor of 450 Golden Gate Avenue, in San Francisco, California 94102  And show cause why this Preliminary Injunction should not become permanent. Signed and Dated in San Francisco, California on this ____ day of January, 2011 by_____

James S. Ware, Chief Judge, United States District Court, Northern District of California

EntireContents©by author/copywriter LarryRichards1/13/2012&May not be reproduced without written permission of AuthorPAGE 18

1  LarryRichardsPlaintiff Pro Se In Propria Persona 125 Sixth St. The Rose Hotel Room #203 San Francisco, CA 94103 (415)543-5101x203

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Larry Richards, Plaintiff, Pro Se, In Propria Persona; will represent himself until Tom Drohan, Brian Lee, and/or Guy Wallace or similar attorney is hired. | Case No.: CV–12– |
| *Plaintiff, Et. Al.* | Emergency **Petition Before Chief Judge Ware** |
| Vs.<br>{*Notation: Defendants are all sued in both their private individual capacities and in their official public capacities EXCEPT Defendant Number 40.) Shaun Donovan, Secretary of HUD, who is sued only in his official capacity.*} | **Plaintiff's Extreme Emergency EXPARTE Notice of Motion and Motion for ORDER FOR HEARING TO SHOW CAUSE WHY PRELIMINARY INJUNCTION SHOULD NOT ISSUE *and/or* become permanent** |
| "THE 'MERCY' DEFENDANTS":<br>1.) Mercy Housing California, main offices: 1370 Mission Street, Suite 300, Third Floor, San Francisco, California 94103; known named Defendants listed below:<br>2.) Mercy Housing X dba, The Rose Hotel address above in #1;<br>3.) Mercy Services Corporation, address above in #1;<br>4.) Jane Graf, address above in #1;<br>5.) Allie Rettig, address above in #1;<br>6.) John Ryan, Manager Rose Hotel address above in #1;<br>7.) Geoffrey Kohler, former supervisor of John Ryan, address above in #1;<br>8.) ALL current Supervisors of John Ryan, whose names are unknown; address above in #1;<br>9.) Lauren Maddock, address above in #1;<br>10.) Leon Greenhill; address above in #1;<br>11.) Vanessa Portillo, address above in #1;<br>12.) Shadoe Morton, address above in #1;<br>13.) Erekel Chaichmelachvili, address above in #1;<br>14.) Sal Russo, address above in #1;<br>15.) Jason Cardona, address above in #1;<br>16.–25.)DOES, #16 to #25 inclusive, named and unknown persons connected to Mercy Housing, address above in #1;<br><br>ATTORNEY OF RECORD FOR "MERCY" HOUSING":<br>26.) Law Offices of Bornstein & Bornstein; 507 Polk Street, Suite 320, San Francisco, CA 94102–3339<br>27.) Daniel Bornstein (SBN#169159) address above in #26<br>28.)JonathanHerschelBornsteinSBN163392address in #26;<br>29.)Kathryn Quetel (SBN #167100) address above in #26;<br>30.)Daniel Cheung (SBN #264971) address above in #26;<br>31.)Colleen Golder, address above in #26;<br>32.-37)DOES of an unknown number, all additional employees, agents, support personnel, contract labourers, and all others affiliated in any manner with Defendant#26;<br><br>CALIFORNIA SUPERIOR COURT PERSONNEL:<br>38.) Curtis E. A. Karnow, for abuse of his discretion, and for acting outside the scope of his judicial authority and | **AND FOR IMMEDIATE ENFORCEMENT OF *Civil Rights Law Protections* BY INTERVENTION AND STAY OF EVICTION OF PLAINTIFF UNDER EXTREME RETALIATION** And to revoke acceptance of stipulation signed under threat duress and coercion |

for denying my right to RETAIN AN ATTORNEY!, and for repeatedly assuring me the Unlawful Detainer would be sealed and not reflect on my credit report
**address is:** Superior Court of California, In the City and County of San Francisco Courtroom #608 inside 400 McAllister Street, San Francisco, California 94102.
39.) Daniel, Law Clerk for Curtis Karnow, address above in #38.for assuring me the Unlawful Detainer would be under seal and not reflect on my credit report.

"THE HUD DEFENDANTS" (HUD)
40.) Shaun Donovan Secretary of U.S. Department of Housing and Urban Development, hereinafter "HUD" In care of: The United States Attorney's office, 450 Golden Gate, San Francisco, California 94102; AND Office of the Attorney General – U.S. Department of Justice, 950 Pennsylvania Avenue, NW, Washington, District of Columbia 20530–0001 AND 451 7TH Street Southwest, Washington DC 20410 AND:
41.) The Local Office of HUD, San Francisco Regional Office of Region IX, 600 Harrison Street, San Francisco, California 94107; for not protecting me from retaliation
42.–77.) DOE(S) Defendants, `named, unknown persons, of as yet, unknown connection to this case. Defendants, Et. Al. *All rights reserved to add additional Plaintiffs and additional Defendants!! AT ANY TIME!!*

PLAINTIFF'S

NOTICE OF EXPARTE MOTION FOR INJUNCTION CEASING EVICTION OF LARRY RICHARDS IN CALIFORNIA SUPERIOR COURT CASE NUMBER #C–UD–11–638203 Mercy Housing v Richards.

To all Defendants:

You are hereby Notified that on Friday, January 13th, 2012

Plaintiff Larry Richards has filed Motion in the United States District Court of the Northern District of California, 450 Golden Gate, San Francisco, California for a PRELIMINARY INJUNCTION TO ISSUE stopping the Retaliatory Eviction of Plaintiff Richards in the California Superior Court Case Number #C – UD–11–638203 Mercy Housing vs. Richards; on the grounds of Retaliation Prohibited by Section 818 of the Fair Housing Act, among several other controlling civil rights laws.

EntireContents©by author/copywriter LarryRichards1/13/2012&May not be reproduced without written permission of AuthorPAGE 17

On the grounds that said entire eviction is Retaliatory and PROHIBITED by Section 818 of the Fair Housing Act and that all Defendants were warned by HUD to not Retaliate against Richards while he is moving out under a negotiated HUD agreement dated October, 11th 2011. You are hereby notified that This Court will hear the Plaintiff's Exparte Evidence for MOTION FOR PRELIMINARY INJUNCTIONS SETTING ASIDE THE EVICTION OF PLAINTIFF RICHARDS IN THE CALIFORNIA SUPERIOR COURT CASE NUMBER #C–UD–11–638203 on the clear grounds that such eviction is Retaliatory violation of Section 818 of the Fair Housing Act and that the Defendants were warned by HUD on or about October 14th 2011 in writing to not engage in such retaliatory acts.

However, since Richards is REQUIRED by HUD and the SFHA to actually move out of the Defendants subject property anyway, Possession of 125 Sixth Street #203 is not at issue and you are not required to attend this hearing, because if you do not appear in response to this notice Defendants shall still receive possession of the subject property as if the eviction remained in place, so the Defendants will not be materially harmed by this action, as Richards will comply with HUD and SFHA requirements to move out of 125 Sixth Street #203. San Francisco, California. However, it will be ordered that the Superior Court Proceedings in C–UD–11–638203 be immediately dismissed, expunged, and sealed and lifted and removed from Plaintiff Richards' record. If you oppose any actions to be taken by this Court you are hereby ordered to appear on _____January_____, 2012, at ____am/pm before Chief Judge Ware in Courtroom 9 on the 19th floor of 450 Golden Gate Avenue, in San Francisco, California 94102  And show cause why this Preliminary Injunction should not become permanent. Signed and Dated in San Francisco, California on this ____ day of January, 2011 by_____

James S. Ware, Chief Judge, United States District Court, Northern District of California

EntireContents©by author/copywriter LarryRichards1/13/2012&May not be reproduced without written permission of AuthorPAGE 18

1 | LarryRichardsPlaintiff Pro Se In Propria Persona 125 Sixth St. The Rose Hotel Room #203 San Francisco, CA 94103 (415)543-5101x203

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Larry Richards, Plaintiff, Pro Se, In Propria Persona; will represent himself until Tom Drohan, Brian Lee, and/or Guy Wallace or similar attorney is hired:

Case No.: CV-12-

*Plaintiff, Et. Al.*

Vs.

*{Notation: Defendants are all sued in both their private individual capacities and in their official public capacities EXCEPT Defendant Number 40.) Shaun Donovan, Secretary of HUD, who is sued only in his official capacity.}*

"THE 'MERCY' DEFENDANTS":
1.) Mercy Housing California, main offices: 1370 Mission Street, Suite 300, Third Floor, San Francisco, California 94103; known named Defendants listed below:
2.) Mercy Housing X dba, The Rose Hotel address above in #1;
3.) Mercy Services Corporation, address above in #1;
4.) Jane Graf, address above in #1;
5.) Allie Rettig, address above in #1;
6.) John Ryan, Manager Rose Hotel address above in #1;
7.) Geoffrey Kohler, former supervisor of John Ryan, address above in #1;
8.) ALL current Supervisors of John Ryan, whose names are unknown; address above in #1;
9.) Lauren Maddock, address above in #1;
10.) Leon Greenhill; address above in #1;
11.) Vanessa Portillo, address above in #1;
12.) Shadoe Morton, address above in #1;
13.) Erekel Chaichmelachvili, address above in #1;
14.) Sal Russo, address above in #1;
15.) Jason Cardona, address above in #1;
16.–25.)DOES, #16 to #25 inclusive, named and unknown persons connected to Mercy Housing, address above in #1;

ATTORNEY OF RECORD FOR "MERCY" HOUSING":
26.) Law Offices of Bornstein & Bornstein; 507 Polk Street, Suite 320, San Francisco, CA 94102-3339
27.) Daniel Bornstein (SBN#169159) address above in #26
28.)JonathanHerschelBornsteinSBN163392address in #26;
29.)Kathryn Quetel (SBN #167100) address above in #26;
30.)Daniel Cheung (SBN #264971) address above in #26;
31.)Colleen Golder, address above in #26;
32.-37)DOES of an unknown number, all additional employees, agents, support personnel, contract labourers, and all others affiliated in any manner with Defendant#26;

CALIFORNIA SUPERIOR COURT PERSONNEL:
38.) Curtis E. A. Karnow, for abuse of his discretion, and for acting outside the scope of his judicial authority and

Emergency
*Petition Before Chief Judge Ware*

*Plaintiff's Extreme Emergency EXPARTE Notice of Motion and Motion for* ORDER FOR HEARING TO SHOW CAUSE WHY PRELIMINARY INJUNCTION SHOULD NOT ISSUE *and/or become permanent*

AND FOR IMMEDIATE ENFORCEMENT OF *Civil Rights Law Protections* BY INTERVENTION AND STAY OF EVICTION OF PLAINTIFF UNDER EXTREME RETALIATION And to revoke acceptance of stipulation signed under threat duress and coercion

EntireContents©by author/copywriter LarryRichards1/13/2012&May not be reproduced without written permission of AuthorPAGE 16

for denying my right to RETAIN AN ATTORNEY!, and for repeatedly assuring me the Unlawful Detainer would be sealed and not reflect on my credit report
**address is:** Superior Court of California, In the City and County of San Francisco Courtroom #608 inside 400 McAllister Street, San Francisco, California 94102.
39.) Daniel, Law Clerk for Curtis Karnow, address above in #38.for assuring me the Unlawful Detainer would be under seal and not reflect on my credit report.

"THE HUD DEFENDANTS" (HUD)
40.) Shaun Donovan Secretary of U.S. Department of Housing and Urban Development, hereinafter "HUD" In care of: The United States Attorney's office, 450 Golden Gate, San Francisco, California 94102; AND Office of the Attorney General – U.S. Department of Justice, 950 Pennsylvania Avenue, NW, Washington, District of Columbia 20530–0001 AND 451 7TH Street Southwest, Washington DC 20410 AND:
41.) The Local Office of HUD, San Francisco Regional Office of Region IX, 600 Harrison Street, San Francisco, California 94107; for not protecting me from retaliation
42.–77.) DOE(S) Defendants, `named, unknown persons, of as yet, unknown connection to this case.  Defendants, Et. Al. *All rights reserved to add additional Plaintiffs and additional Defendants!! AT ANY TIME!!*

PLAINTIFF'S

NOTICE OF EXPARTE MOTION FOR INJUNCTION CEASING EVICTION OF LARRY RICHARDS IN CALIFORNIA SUPERIOR COURT CASE NUMBER #C–UD–11–638203 Mercy Housing v Richards.

To all Defendants:

You are hereby Notified that on Friday, January 13th, 2012

Plaintiff Larry Richards has filed Motion in the United States District Court of the Northern District of California, 450 Golden Gate, San Francisco, California for a PRELIMINARY INJUNCTION TO ISSUE stopping the Retaliatory Eviction of Plaintiff Richards in the California Superior Court Case Number #C – UD–11–638203 Mercy Housing vs. Richards; on the grounds of Retaliation Prohibited by Section 818 of the Fair Housing Act, among several other controlling civil rights laws.

EntireContents©by author/copywriter LarryRichards1/13/2012&May not be reproduced without written permission of AuthorPAGE 17

On the grounds that said entire eviction is Retaliatory and PROHIBITED by Section 818 of the Fair Housing Act and that all Defendants were warned by HUD to not Retaliate against Richards while he is moving out under a negotiated HUD agreement dated October, 11th 2011. You are hereby notified that This Court will hear the Plaintiff's Exparte Evidence for MOTION FOR PRELIMINARY INJUNCTIONS SETTING ASIDE THE EVICTION OF PLAINTIFF RICHARDS IN THE CALIFORNIA SUPERIOR COURT CASE NUMBER #C–UD–11–638203 on the clear grounds that such eviction is Retaliatory violation of Section 818 of the Fair Housing Act and that the Defendants were warned by HUD on or about October 14th 2011 in writing to not engage in such retaliatory acts.

However, since Richards is REQUIRED by HUD and the SFHA to actually move out of the Defendants subject property anyway, Possession of 125 Sixth Street #203 is not at issue and you are not required to attend this hearing, because if you do not appear in response to this notice Defendants shall still receive possession of the subject property as if the eviction remained in place, so the Defendants will not be materially harmed by this action, as Richards will comply with HUD and SFHA requirements to move out of 125 Sixth Street #203. San Francisco, California. However, it will be ordered that the Superior Court Proceedings in C–UD–11–638203 be immediately dismissed, expunged, and sealed and lifted and removed from Plaintiff Richards' record. If you oppose any actions to be taken by this Court you are hereby ordered to appear on _____January_____, 2012, at ____am/pm before Chief Judge Ware in Courtroom 9 on the 19th floor of 450 Golden Gate Avenue, in San Francisco, California 94102 And show cause why this Preliminary Injunction should not become permanent. Signed and Dated in San Francisco, California on this ____ day of January, 2011 by_____

James S. Ware, Chief Judge, United States District Court, Northern District of California

EntireContents©by author/copywriter LarryRichards1/13/2012&May not be reproduced without written permission of AuthorPAGE 18